# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN JOSE

E-filing

---

UNITED STATES OF AMERICA,

V.

**CR 14 28 EJD HRL**

Alfredo Ochoa Valladares, a/k/a "Chickoproblema,"; Jose Abraham Ibarra - Martinez, a/k/a "Vampiro,"; Anthonio Rueda - Ayala, a/k/a "Cumbria,"; Esmeralda Luviano, and Rosalio Ortiz

DEFENDANT(S).

---

# INDICTMENT

COUNT ONE: 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy To Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine

---

A true bill.

_Nancy J. Peterson_
Foreman

Filed in open court this ___16th___ day of
___January 2014___

_____
Clerk

Bail, $ _no bail_ sealed arrest warrant

FILED

2014 JAN 16 P 12: 06

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALFREDO OCHOA VALLADARES,<br>　　a/k/a "CHICKPROBLEMA,"<br>JOSE ABRAHAM IBARRA-Martinez,<br>　　a/k/a "VAMPIRO,"<br>ANTHONIO RUEDA-AYALA,<br>　　a/k/a "CUMBRIA,"<br>ESMERALDA LUVIANO, and<br>ROSALIO ORTIZ,<br><br>　　　　Defendants. | No. CR 14 28<br><br>VIOLATIONS: 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii) - Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine<br><br>SAN JOSE VENUE<br><br>**(UNDER SEAL)** |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii))

　　Beginning at a time unknown to the Grand Jury, but no later than September 1, 2013, and continuing through and including December 19, 2013, in the Northern District of California and elsewhere, the defendants,

　　　　　　　　ALFREDO OCHOA VALLADARES,
　　　　　　　　　　a/k/a "CHICKPROBLEMA,"

INDICTMENT (UNDER SEAL)

JOSE ABRAHAM IBARRA-Martinez,
a/k/a "VAMPIRO,"
ANTHONIO RUEDA-AYALA,
a/k/a "CUMBRIA,"
ESMERALDA LUVIANO,
and
ROSALIO ORTIZ

did knowingly and intentionally conspire with other persons known and unknown to the Grand Jury to distribute a Schedule II controlled substance, to wit, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

DATED: January 16, 2014

A TRUE BILL.

_Nancy J. Peterson_
FOREPERSON

MELINDA HAAG
United States Attorney

_J. Douglas Wilson_
J. DOUGLAS WILSON
Chief, Criminal Division

(Approved as to form: _/s/_ )
Richard Cheng
Assistant United States Attorney

INDICTMENT

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT       Name of District Court, and/or Judge/Magistrate Location
                                          ☐ SUPERSEDING      NORTHERN DISTRICT OF CALIFORNIA
                                                              SAN JOSE DIVISION

**OFFENSE CHARGED**

See attachment
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

**DEFENDANT - U.S.**

▶ Alfredo Ochoa Valladares, a/k/a "Chickoproblema"

DISTRICT COURT NUMBER

CR 14 28

EJD
HRL

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form     Melinda Haag

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)     Richard C. Cheng

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction                      ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes    If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶     Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance      *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:                Before Judge:

Comments:                                                                A1

SEALED INDICTMENT

United States v. Alfredo Ochoa Valladares, et.al.

ATTACHMENT TO PENALTY SHEET

Defendant: **ALFREDO OCHOA VALLADARES**, a/k/a "Chickoproblema"

Count 1: <u>21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy To Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine</u>

<u>Maximum Penalties:</u>
Mandatory Minimum 10 years imprisonment with an available life imprisonment;
$10,000,000 fine;
Minimum 5 years to an available lifetime supervised release;
$100 mandatory special assessment.

Δ1

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

---
**OFFENSE CHARGED**

See attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

---
Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
➤ JOSE ABRAHAM IBARRA-MARTINEZ, a/k/a "Vampiro"

DISTRICT COURT NUMBER
CR 14 28

---
**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Richard C. Cheng

---
**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ➤

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ➤ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ➤ Month/Day/Year

☐ This report amends AO 257 previously submitted

---
**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

SEALED INDICTMENT

United States v. Alfredo Ochoa Valladares, et.al.

ATTACHMENT TO PENALTY SHEET

Defendant:   **JOSE ABRAHAM IBARRA-MARTINEZ**, a/k/a "Vampiro"

Count 1:   21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy To Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine

Maximum Penalties:
Mandatory Minimum 10 years imprisonment with an available life imprisonment;
$10,000,000 fine;
Minimum 5 years to an available lifetime supervised release;
$100 mandatory special assessment.

AO 257 (Rev. 6/78)                                                                                                    E-filing

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

— OFFENSE CHARGED —

See attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

— DEFENDANT - U.S. —
▶ ANTHONIO RUEDA-AYALA, a/k/a "Cumbria"

DISTRICT COURT NUMBER
CR 14 28 HRL

— PROCEEDING —

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant     MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Melinda Haag
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Richard C. Cheng

— DEFENDANT —

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction      ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
     If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:              Before Judge:

Comments:

SEALED INDICTMENT

United States v. Alfredo Ochoa Valladares, et.al.

ATTACHMENT TO PENALTY SHEET

Defendant: **ANTHONIO RUEDA-AYALA**, a/k/a "Cumbria"

Count 1: <u>21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy To Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine</u>

<u>Maximum Penalties</u>:
Mandatory Minimum 10 years imprisonment with an available life imprisonment;
$10,000,000 fine;
Minimum 5 years to an available lifetime supervised release;
$100 mandatory special assessment.

A3

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

See attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
2014 JAN 16 P 12:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

DEFENDANT - U.S.
▶ ESMERALDA LUVIANO

DISTRICT COURT NUMBER
CR 14 28   EJD  HR

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Has detainer ☐ Yes  } If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on this form: Melinda Haag
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Richard C. Cheng

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:                                    A4

SEALED INDICTMENT

United States v. Alfredo Ochoa Valladares, et.al.

ATTACHMENT TO PENALTY SHEET

Defendant: **ESMERALDA LUVIANO**

Count 1: <u>21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy To Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine</u>

<u>Maximum Penalties</u>:
Mandatory Minimum 10 years imprisonment with an available life imprisonment;
$10,000,000 fine;
Minimum 5 years to an available lifetime supervised release;
$100 mandatory special assessment.

A4

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

See attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

DEFENDANT - U.S.
▶ ROSALIO ORTIZ

DISTRICT COURT NUMBER
CR 14 28 HRL

EJD

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    Melinda Haag
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    Richard C. Cheng

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes" give date
been filed? ☐ No    filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

SEALED INDICTMENT

United States v. Alfredo Ochoa Valladares, et.al.

ATTACHMENT TO PENALTY SHEET

Defendant:    **ROSALIO ORTIZ**

Count 1:    21 U.S.C. 846, 841(a)(1) and 841(b)(1)(A)(viii) - Conspiracy To Distribute 500 grams or more of a Mixture and Substance Containing a Detectable Amount of Methamphetamine

Maximum Penalties:
Mandatory Minimum 10 years imprisonment with an available life imprisonment;
$10,000,000 fine;
Minimum 5 years to an available lifetime supervised release;
$100 mandatory special assessment.

